IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00836-ZLW

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

ROBERT MUELLER, and
BYRON P. FRANZ,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -7 2008

GREGORY C. LANGHAM
                CLERK

---

ORDER DENYING MOTION TO RECONSIDER IN PART
AND GRANTING MOTION IN PART

---

At issue in the instant action is the *pro se* "Motion to Reconsider Erroneous Judgment of the Case as Legally Frivolous," filed by Plaintiff Shaaban Shaaban Hafed on July 28, 2008. Plaintiff is a federal prisoner incarcerated at ADX in Florence, Colorado. In the Motion, Plaintiff asks that the Court reconsider the July 16, 2008, dismissal of the instant action as legally frivolous. The Court must construe the July 28, 2008, Motion liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Nonetheless for the reasons stated below, the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Plaintiff filed the Motion to Reconsider within ten days after the

Judgment was entered. Therefore, the Court will consider the Motion pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

Upon consideration of the Motion and the entire file, the Court finds that Plaintiff fails to demonstrate the existence of any circumstances that would justify a decision to vacate the Judgment and reopen the case. The Court, however, will direct that the July 16, 2008, Order of Dismissal be amended to the extent that the Complaint and action be dismissed only in part as legally frivolous. Plaintiff's claims which were dismissed as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), and for lack of proper venue will be ordered to be dismissed without prejudice. Accordingly, it is

ORDERED that the Motion to Reconsider, (Doc. No. 9), filed July 28, 2008, is denied in part and granted in part. It is

FURTHER ORDERED that the Order of Dismissal entered on July 16, 2008, is amended in that the Complaint and action are dismissed in part as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b)(i) with respect to repetitive claims and to claims asserted pursuant to 18 U.S.C. § 3072. It is

FURTHER ORDERED that the Order of Dismissal entered on July 16, 2008, is amended in that the Complaint and action are dismissed in part without prejudice with respect to the claims that lack proper venue and to the claims that are dismissed pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994).

DATED at Denver, Colorado, this 7 day of Aug, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00836-BNB

Shaaban Shaaban Hafed
Reg. No. 07797-028
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND AMENDED JUDGMENT** to the above-named individuals on 8/7/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk