# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-000836-BNB

SHAABAN SHAABAN HAFED,

    Plaintiff,

v.

ROBERT MUELLER, and
BYRON P. FRANZ,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -8 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On August 4, 2008, Plaintiff submitted to the Court a Motion for Transfer and to Reconsider. For the same reasons stated in the Court's August 7, 2008, Order, reconsideration is DENIED. As for Plaintiff's request to transfer the case to the U.S. District Court for the Southern District of Indiana, the request is DENIED. The Complaint and action have been dismissed, and Plaintiff has filed a Notice of Appeal with the Tenth Circuit.

Dated: August 8, 2008

A copy of this Minute Order mailed on August 8, 2008, to the following:

Shaaban Shaaban Hafed
Reg. No. 07797-028
ADX - Florence
PO Box 8500
Florence, CO 81226

                                            Secretary/Deputy Clerk